UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PARRISH CHASE

v.                                                                                          CA 11-586 ML

LINCOLN CHAFEE, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on December 9, 2011 (Docket #3). This Court has reviewed the Complaint (Docket #1), the Report and Recommendation, and Plaintiff's Objection. Having done so, this Court agrees with Magistrate Judge Almond's description and evaluation of Plaintiff's Complaint and the Magistrate Judge's recommendation that this Complaint should be dismissed. The Court finds no merit in Plaintiff's Objection.

Accordingly, I adopt the Report and Recommendation in its entirety. The Complaint is DISMISSED pursuant to 28 U.S.C. § § 1915(e)(2)(B) and 1915A(b).

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 28, 2011